# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-593-MOC-DCK

| | |
|---|---|
| **JOHN W. THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **GREAT SOUTHERN LIFE INSURANCE** ) | |
| **COMPANY, and HARVEY W. WATT &** ) | |
| **CO., INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement And Request To Vacate Dispositive Motion Deadline" (Document No. 60) on March 11, 2022, notifying the Court that the parties reached a settlement on March 8, 2022. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 11, 2022**.

**IT IS FURTHER ORDERED** that the pending "Motion To Compel" (Document No. 44) is **DENIED as moot**, without prejudice to re-filing if the parties are unable to finalize their settlement.

**IT IS FURTHER ORDERED** that the remaining deadlines in this case are **VACATED**.

**SO ORDERED**.

Signed: March 11, 2022

David C. Keesler
United States Magistrate Judge